Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew S. Fellows, and Theresa L. Fellows,<br><br>        Plaintiffs,<br><br>v.<br><br>Grant & Weber Arizona, Inc.,<br><br>        Defendant. | No. CV13-1196-PHX-DGC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, by and through counsel, hereby give notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2    RESPECTFULLY SUBMITTED:  August 16, 2013 .

3

4                                             s/ Floyd W. Bybee
                                            Floyd W. Bybee, #012651
5                                           **BYBEE LAW CENTER, PLC**
                                            90 S. Kyrene Rd., Ste. 5
6                                           Chandler, AZ 85226-4687
                                            Office: (480) 756-8822
7                                           Fax: (480) 302-4186
                                            floyd@bybeelaw.com
8
                                            Attorney for Plaintiffs
9

10   Copy of the foregoing mailed
       August 16, 2013   to:
11
     William W. Holder
12   SKARECKY & HOLDER, P.A.
     3130 N. Third Ave. Ste 300
13   Phoenix, AZ 85013-4322
     Attorney for Defendant
14

15   by  s/ Floyd W. Bybee

16

17

18

19

20

21

22

23

24

25

- 2 -